# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3806

_____

| | | |
|---|---|---|
| Donald Wayne Eastman, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| United States of America, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: June 29, 2010
Filed: July 23, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Donald Eastman filed this suit seeking to quiet title to certain property and requesting damages under 26 U.S.C. § 7433. The district court[1] granted summary judgment for the United States, and Eastman appeals. After careful de novo review, viewing the evidence and all fair inferences from it in the light most favorable to Eastman, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.